02-10-409-CV















 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00409-CV 

 

 


 
 
 In re Donn deveral martin
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and is of the
opinion that all relief should be denied. 
Accordingly, relator’s petition for writ of mandamus is denied.  

 

                                                                   
 
 
 
 
 
 
 
 
 PER CURIAM

 

PANEL:  GARDNER, WALKER, and GABRIEL, JJ.

 

DELIVERED:  November 18, 2010











    [1]See
Tex. R. App. P. 47.4., 52.8(d).